# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL NOAH ELLISON, a minor, by** | : | **CIVIL ACTION** |
| Julia Ann Ellison, as Parent and Natural | : | |
| Guardian | : | |
| | : | |
| v. | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-2823** |

## ORDER

**AND NOW**, this 3rd day of January, 2012, upon consideration of the Plaintiff's Motion to Remand (Document No. 2), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.